# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 18, 2013

## NO. 03-11-00552-CR

**Keith Wayne Henson, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM 33RD DISTRICT COURT OF BURNET COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
### AFFIRMED -- OPINION BY CHIEF JUSTICE JONES

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error requiring reversal in the trial court's judgments of conviction:  **IT IS ORDERED, ADJUDGED AND DECREED** by the Court that the trial court's judgments of conviction are in all things affirmed; and it appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.